H. C. HEMINGWAY AND COMPANY, Respondent, *v.* WILLIAM
J. NORCROSS, Appellant.

(Submitted January 9, 1933; decided January 17, 1933.)

*Harry H. Hartman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.